UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ACSTAR INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:05CV00756 RWS ) ) |
| FIRST HOME SAVINGS BANK, | ) ) |
| Defendant. | ) |

*So Ordered*
*[signature] USDJ*
*2/15/06*

## STIPULATION FOR DISMISSAL

COMES NOW ACSTAR Insurance Company and First Home Savings Bank, having reached settlement herewith appear, agree and stipulate as follows:

1. ACSTAR Insurance Company agrees to dismiss and herewith does dismiss without prejudice its Complaint against First Home Savings Bank.

2. First Home Savings Bank agrees to dismiss and herewith does dismiss without prejudice its Counterclaim against ACSTAR Insurance Company.

3. ACSTAR Insurance Company and First Home Savings Bank each agree that all court costs and expenses regarding the causes of action herewith dismissed shall be borne by each party alone.

Respectfully Submitted,

| **REINERT & ROURKE, P.C.** | **MILLINGTON GLASS & LOVE** |
|---|---|
| By: /s/Aaron G. Weishaar<br>Bernard A. Reinert, #4145<br>Aaron G. Weishaar, #106865<br>812 North Collins, Laclede's Landing<br>St. Louis, MO 63102<br>314.621.5743 (Telephone)<br>314.621.8071 (Facsimile)<br><br>Attorneys for Plaintiff ACSTAR<br>Insurance Company | By: /s/ Thomas W. Millington<br>Thomas W. Millington<br>1736 East Sunshine, Suite 405<br>Springfield, MO 65804<br>417.883.6566 (Telephone)<br>417.883.6689 (Facsimile)<br><br>Attorneys for Defendant<br>First Home Savings Bank |

SO ORDERED THIS ___ DAY OF FEBRUARY 2006.

_____
United States District Judge

2